# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIVE AMERICAN INDUSTRIAL SOLUTIONS LLC, | : : | |
|     Plaintiff and Counterclaim Defendant | : : | No. 1:17-cv-00677 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| ADVANCED FACILITY MANAGEMENT SERVICES, INC., | : : | |
|     Defendant and Counterclaim Plaintiff: | : : | |

## ORDER

**AND NOW**, on this 10th day of January 2019, upon consideration of Defendant's motion for summary judgment as to Count I of Plaintiff's complaint (Doc. No. 19), and Plaintiff's motion for summary judgment as to Count I of Plaintiff's complaint (Doc. No. 17), and in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendant's motion for summary judgment (Doc. No. 19) is **GRANTED** as to Count I of Plaintiff's complaint (Doc. No. 1-1), and the entry of judgment in favor of Defendant on that count is deferred until the conclusion of the above-captioned action;

2. Plaintiff's motion for summary judgment (Doc. No. 17), is **DENIED** as to Count I of Plaintiff's Complaint (Doc. No. 1-1);

3. Plaintiff and Defendant are directed to submit, within fourteen (14) days of the date of this Order, briefs specifically addressing the impact of the Memorandum accompanying this Order on Count I of Plaintiff's complaint (Doc. No. 1-1) and Defendant's counterclaim (Doc. No. 4);

4. Plaintiff and Defendant are directed file a responsive brief within fourteen (14) days after service of their respective briefs; and

5. Plaintiff and Defendant may file a reply brief within seven (7) days after the service of their respective responsive briefs.

                                                        s/ Yvette Kane
                                                       Yvette Kane, District Judge
                                                       United States District Court
                                                       Middle District of Pennsylvania